UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| JAMES IGANI, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:18-cv-155-PLR-SKL |
| ) | |
| v. ) | |
| ) | |
| SUMMIT PHYSICAL THERAPY, ) | |
| ) | |
| Defendant. ) | |

## ORDER AND NOTICE OF HEARING

Before the Court is a motion to withdraw as attorney of record filed by Plaintiff's counsel [Doc. 36]. A hearing on the motion **SHALL** be held **at 10:30 a.m. [EASTERN] on Thursday, October 24, 2019** before Magistrate Judge Susan K. Lee in Chattanooga, Tennessee at the United States Courthouse and Federal Building, 900 Georgia Avenue, 4th Floor Courtroom.[1] **Plaintiff is invited to attend the hearing and be heard.**

Plaintiff's counsel is **ORDERED** to provide a copy of this Order to Plaintiff as required by applicable local rules, and the Clerk is **DIRECTED** to mail a copy of this Order to Plaintiff at the address provided in the motion [Doc. 36 at Page ID # 166].

SO ORDERED.

ENTER.

                                                               s/ *Susan K. Lee*
                                                               SUSAN K. LEE
                                                               UNITED STATES MAGISTRATE JUDGE

---

[1] The Court does not typically hire a court reporter for, or create an official record of, civil motion hearings/conferences. If you intend to present evidence for the Court's consideration at the event noticed herein, you must contact the Clerk's Office to request that an official recording (typically an audio recording) be made of the hearing/conference at least 24 hours in advance of the hearing. Information regarding obtaining a copy of any requested recording can be found at https://www.uscourts.gov/services-forms/fees/district-court-miscellaneous-fee-schedule. Persons desiring the presence of a court reporter should make their own arrangements.